# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE WOOD, | Case No. 2:19-cv-03182-DSF-AFM |
| Plaintiff, | **ORDER** |
| vs. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC. | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

IT IS SO ORDERED.
Date: January 8, 2020

*Dale S. Fischer*
Dale S. Fischer
United States District Judge